# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**FLORA LAMBERT**                                                                                                       **PLAINTIFF**

**v.**                                       **No. 2:24-cv-00039-KGB-ERE**

**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 15)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 20 August 2024.

_____
UNITED STATES MAGISTRATE JUDGE