## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**FLORA LAMBERT**                                                                        **PLAINTIFF**

**v.**                                    **Case No. 2:24-cv-00039-KGB**

**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

## ORDER

Before the Court is plaintiff Flora Lambert's joint motion for award of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 19). The parties have agreed to a total award of attorney fees in the amount of $6,250.00 under the EAJA (*Id.*, at 1).

For good cause shown, the Court grants Ms. Lambert's motion (*Id.*). After review of the record, the Court finds that the hours spent by counsel were reasonable. The Court approves attorney's fees of $6,250.00. The EAJA fee award shall be made payable to Lambert in the care of and mailed to her counsel but subject to any offset to satisfy any pre-existing debt owed by Lambert to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States). The Commissioner shall certify this award.

So ordered this 11th day of September, 2025.

_____
Kristine G. Baker
United States District Judge